IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MARK BAKER, | ) | 8:17CV468 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| UNITED STATES DISTRICT COURT, | ) | |
| Defendant. | ) | |

On December 12, 2017, the court ordered Plaintiff to pay the $400.00 filing and administrative fees no later than January 19, 2018, or face dismissal of this action without further notice. To date, Plaintiff has not paid the fees or taken any other action in this matter.

IT IS THEREFORE ORDERED that this matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 25th day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge